

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00439-CR

Dorian Angel **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-2166
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 2, 2022.

_____
Irene Rios, Justice